IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| | CRIMINAL CASE NO. |
| v. | |
| | 1:11-cr-230-05-JEC |
| LORI RENE ANDERSON, | |
| Defendant. | |

## **ORDER**

This case is before the Court on the Magistrate Judge's Final Report and Recommendation [276] recommending denying defendants' Motion to Suppress Statements and Evidence [217]. On April 13, 2012, defendant filed Objections [278] to the report and recommendation. The Court has reviewed the Final Report and Recommendation [276] and finds the magistrate judge's conclusions to be well-founded.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Final Report and Recommendation [276] **DENYING** denying defendants' Motion to Suppress Statements and Evidence [217].

SO ORDERED this <u>16th</u> day of MAY, 2012.

/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE